Case: 1:24-mj-00061
Assigned To : Faruqui, Zia M.
Assign. Date : 2/12/2024
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

Walgreens is a company that operates the second-largest pharmacy store chain in the United States and is headquartered in Deerfield, Illinois. It maintains numerous stores in Washington D.C. and generally specializes in filling prescriptions, health and wellness products, and groceries. As such, Walgreens is a business that is engaged in and affecting interstate commerce.

Walgreens maintains a store ███████████████████ is comprised of three floors separated by escalator. There is one main entrance of the ███████ located at the intersection of ██████████████ and one rear exit into an alley that can exit out to I ████████████. The first and second floors are accessible to the general public. The basement of the ██████ Walgreens includes the pharmacy and grocery area that is accessible to the general public, and an employee area that is in the rear of the store. This employee area is separated by a locked door with a code that is only known to Walgreens employees. Pictures of this employee area door are below.

Within this employee area is a manager's office (the "Manager's Office") that is separated by another locked door with a code. The Manager's Office features a code that is only known to other managers of the Walgreens, and not individual employees. The Manager's Office is seen in the below picture with the with the red arrow.



▉▉▉▉▉▉▉▉ (hereinafter "Defendant-1 ▉▉▉▉▉▉▉ was an employee of the Walgreens store located at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (the ▉▉▉ ▉▉▉▉ from at least November 10, 2023 to February 11, 2024. During that time period, ▉▉▉▉▉ was a manager of the ▉▉▉▉ Walgreens with access to door codes for the Manager's Office.

Defendant-1 (▉▉▉▉▉▉) used his position at the ▉▉▉▉ Walgreens to conspire with ▉▉▉▉▉▉▉▉ (hereinafter "Defendant-2 (▉▉▉▉▉▉▉) and ▉▉▉ (hereinafter "Defendant-3 (▉▉▉▉▉▉▉) to effectuate the armed robberies of the ▉▉▉▉ Walgreens that occurred on at least November 10, 2023, December 4, 2023, January 9, 2024, and February 11, 2024. (There have been a series of robberies at this establishment between July 2023 and February 2024 at the ▉▉▉▉ Walgreens that follow a similar pattern – however, only four of the robberies are discussed below as evidence continues to be reviewed. In addition to the robberies discussed below, Defendant-1 (▉▉▉▉▉▉) was present as the manager on duty for at least four of the additional robberies not listed below, including one robbery where the robber physically hit him in the head with the firearm during the robbery.

<u>Robbery 1 - November 10, 2023</u>

As detailed below, the ▉▉▉▉ Walgreens was robbed at gunpoint on November 10, 2023 (Robbery 1). Prior to Robbery 1, the robber arrived in a ▉▉▉▉▉▉▉▉ used a rented a Lyft scooter, and travelled to the ▉▉▉▉ Walgreens. That ▉▉▉▉▉ has since been linked to Defendant-1 (▉▉▉▉▉▉) and records show the Lyft Scooter was rented by Defendant-1 (▉▉▉▉▉▉▉). The robber also used a pin code to enter the manager's office and commit the robbery – which, as a manager at the ▉▉▉▉ Walgreens, Defendant-1 (▉▉▉▉▉▉▉) would have known and been able to provide to the manager. Call records show that Defendant-1 (▉▉▉▉▉▉) and Defendant-2 (▉▉▉▉▉▉▉) communicated immediately before and after Robbery 1. And cell site location evidence places Defendant-1 (▉▉▉▉ and Defendant-2 (▉▉▉▉▉▉▉) in the general area of the ▉▉▉▉ Walgreens at the time of Robbery 1 and is consistent with them travelling together to the area and leaving together

immediately after Robbery 1. Finally, as explained below, Defendant-2 (███████) was shot during the most recent robbery attempt on February 11, 2024 (Robbery 3).

Specifically, surveillance footage shows on November 10, 2023, an individual operating a ███████ with a passenger in the front driver's seat arriving around ███████. At around 8:34 p.m., the driver of the ███████ (hereinafter referred to as "Suspect-1") rented a Lyft scooter and is seen driving it back to the ███████, at which point the driver handed it to the individual in the front passenger seat (hereinafter referred to as "Suspect-2"). Surveillance shows no other individuals renting a Lyft scooter in the vicinity. Lyft records show the individual who rented the Lyft scooter was Defendant-1. Furthermore, law enforcement conducted physical surveillance of the ███████ Walgreens and observed Defendant-1 entering a ███████ matching the appearance of the ███████ observed in the November 10, 2023 surveillance footage. Vehicle registration records show the ███████ is registered to the romantic partner of Defendant-1. Finally, law enforcement has observed the ███████ was observed parked outside of Defendant-1's residence.

Surveillance footage shows Suspect-2 riding the scooter to the ███████ Walgreens and entering through the main entrance of the at approximately 9:00 p.m. Suspect-1 is seen wearing a ███████ack. Suspect-2 then proceeded towards the Manager's Office. Internal surveillance video shows Suspect-2 holding a cell phone in his hand and referencing it while entering the manager's code to the locked door, as seen below.



At approximately 9:15 p.m., Suspect-2 entered the Manager's Office and pointed a silver handgun with a black tip at the manager who was counting cash from the day. Suspect-2 stated ███████. Screen captures from the surveillance footage are shown below.



Suspect-2 then placed approximately $7,700.00 in United States Currency into his backpack before fleeing from the office and exiting through the rear alley. External surveillance footage shows Suspect-2 exit the rear of the ▮▮▮ Walgreens and exit towards ▮▮▮ ▮▮▮, appearing to have changed out of, or placed a ▮▮▮ ▮▮▮. Additional external surveillance footage shows Suspect-1 being picked up by a ▮▮▮ parked in front of the ▮▮▮ an apartment complex at ▮▮▮ ▮▮▮. The ▮▮▮ Walgreens is approximately ▮▮▮ way from the ▮▮▮.

Suspect-2 is believed to be Defendant-2 (▮▮▮ based, in part on a series of phone calls. Defendant-1 (▮▮▮ previously provided a cell phone number ("Defendant-1 (▮▮▮s Cell Phone Number") to Walgreens corporate and to law enforcement during interviews after the robbery. Defendant-2 (▮▮▮ provided a phone number ("Defendant-2 (▮▮▮s Cell Phone Number") while on supervised probation in ▮▮▮ for which he was convicted of one count of Carrying a Pistol Without a License on ▮▮▮ Defendant-2 (▮▮▮s supervised probation expired on ▮▮▮.

Call records for Defendant-1 (▮▮▮s Cell Phone Number show multiple calls between the number associated with Defendant-1 (▮▮▮ and a number associated with Defendant-2 (▮▮▮ preceding and immediately after the November 10, 2023 robbery.

The day prior to the November 10, 2023, robbery, Defendant-1 (▮▮▮s Cell Phone Number called Defendant-2 (▮▮▮s Cell Phone Number and the two numbers were in communication for two minutes. The two numbers then began communicating again the night of the robbery around 8:00 p.m. with a series of incoming and outgoing calls. At 8:43 p.m., Defendant-1 (▮▮▮s Cell Phone Number and Defendant-2 (▮▮▮s Cell Phone Number were in communication during an 80 second incoming call to Defendant-1 ▮

████████ Cell Phone Number, shortly after the scooter rental and Suspect-2 left on the scooter rented by Defendant-1 (████████s Lyft account. At 9:06 p.m., Defendant-1 (████████s Cell Phone Number placed a five-and-a-half-minute call to Defendant-2 (████████s Cell Phone Number, and again at 9:12 p.m., Defendant-1 (████████s Cell Phone Number placed a series of calls to Defendant-2 (████████s Cell Phone Number totaling approximately three minutes.

At 9:20 p.m., a minute after Suspect-2 is seen on nearby surveillance footage fleeing north towards ████████ Defendant-1 (████████s Cell Phone Number received an incoming call from Defendant-2 (████████s Cell Phone Number that lasted for one-and-a-half minutes, and finally at 9:22 p.m. Defendant-2 (████████s Cell Phone Number placed a call to Defendant-1 (████████s Cell Phone Number that was not answered. Per surveillance footage at 9:22 p.m., Suspect-2 is observed on surveillance footage appearing to notice the ████████ parked on ████████ and run towards it. Your affiant believes that Suspect-2 was attempting to make a call to Suspect-1 to locate him, but disconnected the phone once he saw him parked in front of him.

Historical cell phone location records for Defendant-1 (████████s Cell Phone Number and Defendant-2 (████████s Cell Phone Number show the cell phones in the same area near Defendant-1 (████████s residence prior to, and after the robbery. The two cell phones are also seen near the scene of the scooter rental and the ████████ Walgreens store at the time of the rental and robbery, respectively.

### Robbery 2- December 4, 2024

As detailed below, the ████████ Walgreens was robbed at gunpoint again on December 4, 2023 (Robbery 2). Once again, cell site location evidence again shows Defendant-2's phone (████████ in the general area of the ████████ Walgreens at the time of Robbery 1. Moreover, cell site location evidence shows Defendant-3's (████████ and Defendant-2's (████████ phones in the same area both before and after the robbery. Cell site evidence also indicated that they both then meet up with Defendant-1 (████████ later that same night.

On December 4, 2023, law enforcement received a call for service for the report of an armed robbery of the ████████ Walgreens (Robbery 2). An armed SPO and an employee were transporting a cart containing cash registers to the Manager's Office.

Upon arriving at the door leading into the hallway outside of the office, an individual wearing apparel similar to the robber in Robbery 1 grabbed the armed SPO's jacket and produced a black and silver handgun. The suspect then removed the SPO's handgun from the holster and demanded the SPO and the employee open the office door. Upon entering the office, the suspect stated, ████████ An employee inside of the Manager's Office then grabbed the money and placed it into the suspect's ████████. The suspect then exited the scene through the back of the store via an elevator.

Taken during the offense was approximately $5,000.00 in cash and the SPO's firearm -- a Glock 19 with serial number MBK344. Law Enforcement collected DNA Swabs from the cart transporting the cash registers and the SPO's holster.

———

Defendant-2's (███████) Cell Phone and Defendant-3's (███████) Cell Phone shows the two within the vicinity of Defendant-3's (███████) residence immediately prior to the robbery. During the robbery, Defendant-2's (███████) cellphone is within the vicinity of the ███████ Walgreens. At 7:54 p.m., immediately after the robbery, Defendant-2's (███████) Cell Phone calls Defendant-3's (███████) Cell Phone immediately after the robbery. At this time, the two cell phones are seen within the same vicinity near Defendant-3's (███████) residence. At approximately 8:13 p.m., Defendant-3's (███████) Cell Phone calls Defendant-1's (███████) Cell Phone. At this time, the two cell phones are seen within the vicinity of Defendant-1's (███████) residence. At approximately 9:02 p.m., Defendant-1's (███████) Cell Phone, Defendant-2's (███████) Cell Phone, and Defendant-3's (███████) Cell Phone are all seen within the vicinity of Defendant-2's (███████) residence.

### Robbery 3- January 9, 2024

As explained below, the ███████ Walgreens was robbed again at gunpoint on January 9, 2024 (Robbery 3) by someone wearing similar apparel to the robbery from Robbery 1 and Robbery 2. Once again, the robber went into the Manager's Office to obtain the money during the robbery. Once again, cell site location evidence places Defendant-2 (███████) in the general area of the ███████ Walgreens at the time of Robbery 3 and is consistent with his travel to and from the area immediately before and after Robbery 3. The evidence further shows that the robber arrived in a ███████ that is consistent with a ███████ connected to Defendant-2 (███████). Surveillance footage and cell site location shows Defendant-2 (███████) and Defendant-3 (███████) travelling together from Defendant-3 (███████)'s residence in Washington D.C. to the area of the ███████ Walgreens around the time of Robbery 3, and then travelling together afterwards to Defendant-2 (███████)'s residence. The evidence further shows that Defendant-1 (███████) was working as a manager on duty at the time of Robbery 3. The evidence also shows that Defendant-3 (███████) was in a relationship with Suspect 4 – who was another employee on duty during Robbery 3. Finally, cell site location data and video surveillance shows Defendant-1 (███████), Defendant-3 (███████) and Suspect 4 all met up later that night at Defendant-3 (███████)'s residence.

On January 9, 2024, at approximately 7:25 p.m., surveillance footage at Defendant-3 (███████)'s residence in Washington D.C. showed individuals believed to be Suspect-2 and ███████ (hereinafter "Suspect-3") through the lobby. Suspect-2 was wearing the same ███████ as seen in Robbery 1, as seen below. (The same ███████ was visible in Robbery 2.)



Suspect-3 is believed to be Defendant-3 (███████). He is identified by unique clothing worn by him. Specifically, Suspect-3 is seen in surveillance footage at Defendant-3 (███████)'s residence the day of the January 9, 2024 robbery wearing ███████. Defendant-3 (███████) also appears to have a ███████ that is attached to his clothing. That clothing was observed being worn by Defendant-3 (███████) earlier in the evening of January 9, 2024, while taking trash to the dumpster at Defendant-3 (███████)'s residence. Furthermore, social media posts from Defendant-3 (███████)'s social media shows him wearing the same clothing.

Defendant-3 (███████) previously provided a cell phone number ("Defendant-3 (███████)'s Cell Phone Number") after a car accident on December 1, 2023. The interaction was recorded on body worn camera.

After exiting the lobby of Defendant-3 (███████) and Suspect-4's residence, Suspect-2 and Suspect-3 are seen entering a ███████ matching the description of a ███████ seen at Defendant-2 (███████)'s residence. Historical cell phone location records for Defendant-2 (███████) and Defendant-3 (███████)'s cell phones show Defendant-2 (███████) and Defendant-3 (███████) in the vicinity of Defendant-3 (███████)'s residence and subsequently the ███████ Walgreens.

At approximately 8:03 p.m., an employee of the ███████ Walgreens was stocking shelves near the Manager's Office when the individual matching the description of Suspect-2 approached with a handgun and directed him to go back through the employee area to the Manager's Office.

At the time this occurred, a different manager of the ███████ Walgreens (hereinafter, "Suspect-4") and an armed Special Police Officer ("SPO") were seated in the Manager's Office

counting cash from the day. Defendant-1 (███████) was also present in the store and was working at the cash registers on the first floor.

Law enforcement has learned that Suspect-4 and Defendant-3 (███████) are in a romantic relationship and maintain the same residence according to interviews of Suspect-4, social media records, and housing records. Furthermore, Suspect-4 is an "Emerging Store Manager" with access to door codes to the Manager's Office.

Surveillance records and law enforcement interviews show Suspect-4 opened the Manager's Office after hearing a knock to see the Walgreens employee being held at gunpoint by the suspect. The person believed to be Suspect-2 then forced the employee inside the manager's office and held all three at gunpoint while demanding Suspect-4 to empty the cash registers into his ███████. Law enforcement interviews also showed that Suspect-2 repeatedly asked the armed SPO where its firearm was. (As noted below, during Robbery 4, before he was shot by a different SPO, Defendant-2 (███████) grabbed an SPO's firearm. The suspect also stole the SPO's firearm during Robbery 2, as described above.) Suspect-4 emptied approximately $3,000.00 into the backpack and the person believed to be Suspect-2 fled the ███████ Walgreens through the rear entrance at approximately 8:05 p.m.

Exterior surveillance video shows a ███████ picking up the person believed to be Suspect-2 after the robbery after exiting the ███████ Walgreens. It should be noted that this is the location where the suspect was picked up after the November 10, 2023 robbery.

At approximately 9:34 p.m., Defendant-3 (███████) is seen on surveillance returning to Defendant-3 (███████) and Suspect-4's residence. At approximately 10:12 p.m., Defendant-1 (███████) is seen on surveillance entering Defendant-3 (███████) and Suspect-4's residence.

Historical cell phone location records for Defendant-2 (███████)'s Cell Phone and Defendant-3 (███████)'s Cell Phone show the two returning to the area of Defendant-2 (███████)'s residence after the robbery. Later that evening, the same records show Defendant-3 (███████)'s Cell Phone returning to the vicinity of Defendant-3 (███████) and Suspect 4's residence at the same time. Historical cell phone location records show Defendant-1 (███████)'s Cell Phone departing the area around the ███████ Walgreens and arriving at the vicinity around Defendant-3 (███████)'s Cell Phone and his residence later that evening.

<u>Robbery 4 - February 11, 2024 Robbery and Shooting</u>

As explained below, the ███████ Walgreens was robbed again at gunpoint on February 11, 2024 (Robbery 4). Once again, the robber went into the Manager's Office to obtain the money during the robbery. During Robbery 4, the robber grabbed a firearm from one of the SPOs on duty and then was shot by a different SPO. The robber – who was subsequently identified as Defendant-2 (███████) was then taken to the hospital, where he is in critical condition. As with Robbery 2, cell site evidence is consistent with Defendant-3 (███████) and Defendant-2 (███████) travelling together to the area of the robbery. Defendant-1 (

who was once again working as a manager at the ▮▮▮▮ Walgreens during Robbery 3. In addition, call logs show that immediately after Robbery 3, Defendant-1 (▮▮▮▮)'s first call was to Defendant-3 (▮▮▮▮) Defendant-3 (▮▮▮▮) then travelled to the hospital where Defendant-2 (▮▮▮▮) was being treated.

On February 11, 2024 at approximately 6:28 p.m., an armed SPO was escorting Defendant-1 (▮▮▮▮) to the Manager's Office while carrying cash from the day. Defendant-1 inputted the code to the Manager's Office when Defendant-2 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮). Defendant-1 (▮▮▮▮) Defendant-2 (▮▮▮▮) and the armed SPO entered the Manager's Office and Defendant-2 (▮▮▮▮) proceeded to take the armed SPO's firearm and cash brought in by Defendant-1 (▮▮▮▮) Defendant-2 (▮▮▮▮) attempted to leave the Manager's Office and as he was opening the door, a second armed SPO fired one round at Defendant-2 (▮▮▮▮) striking Defendant-2 in the chest.

Defendant-1 (▮▮▮▮) witnessed the shooting of Defendant-2 (▮▮▮▮) After Defendant-2 (▮▮▮▮) was shot at around 6:30 p.m., Defendant-1's (▮▮▮▮) Cell Phone is seen making two calls immediately to Defendant-3's (▮▮▮▮) Cell Phone at 6:31 p.m. Defendant-3's (▮▮▮▮) Cell Phone then returns a phone call at 6:38 p.m. The two continue to call each other multiple times while Defendant-2 (▮▮▮▮) is brought to the hospital.

Defendant-2 (▮▮▮▮) was transported to ▮▮▮▮ At the hospital, Defendant-3 (▮▮▮▮) was observed by law enforcement standing out front of the Emergency Room. (Cell phone location data also showed Defendant-2's (▮▮▮▮) Cell phone and Defendant-3's (▮▮▮▮) Cell Phone in the vicinity of the MedStar at the time Defendant-2.) As of February 12, 2024, Defendant-2 (▮▮▮▮) is in critical condition.

Respectfully Submitted,

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 12th day of February, 2024.*

_____

**ZIA M. FARUQUI**
U.S. MAGISTRATE JUDGE