AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

U.S. MARSHAL -DC AM 11:2
RECEIVED FEB 13 '24

| United States of America | |
|---|---|
| v. | ) Case: 1:24-mj-00061 |
| KAMANYE WILLIAMS | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 2/12/2024 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **KAMANYE WILLIAMS**                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 - Conspiracy to Interfere with Interstate Commerce by Robbery

Date:   02/12/2024
_____          _____
                                        *Issuing officer's signature*

                                        Zia M. Faruqui

City and state:     Washington, DC          Zia M. Faruqui, U.S. Magistrate Judge
_____          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  2/13/24  , and the person was arrested on *(date)*  2/21/24 at *(city and state)*  Washington DC . |
| Date:  2/21/24          _____ *Arresting officer's signature*  Michael Brennan, DUSM  *Printed name and title* |